UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, an individual, and CECILIA ANA PALAO-VARGAS, an individual, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>     Defendant. | CASE NO. C18-0573-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated proposed case schedule (Dkt. No. 27). The Court approves the proposed schedule and ORDERS as follows:

Parties to exchange Rule 26.1 disclosures: **September 7, 2018.**

Plaintiff's class certification expert disclosures due **March 22, 2019**.

Depositions of plaintiff's class certification experts to be completed by **April 22, 2019**.

Defendant's class certification expert disclosure due **May 22, 2019**.

Depositions of defendant's class certification experts to be completed by **June 22, 2019**.

Deadline for filing motion for class certification: **March 22, 2019**.

Deadline for filing response to motion for class certification: **May 22, 2019**.

Deadline for filing reply in support of motion for class certification **July 12, 2019**.

DATED this 21st day of August 2018.

William M. McCool
Clerk of Court


s/Tomas Hernandez
Deputy Clerk
