THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFF OLBERG, *et al.*,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

CASE NO. C18-0573-JCC

ORDER

This matter comes before the Court on Plaintiffs' motion for leave to amend their complaint. (Dkt. No. 33.)

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the Court's leave, which should be freely given when justice so requires. Requests for leave to amend should be granted with "extreme liberality." *Moss v. U.S. Secret Serv.*, 572 F.3d 962, 972 (9th Cir. 2009).

Here, Plaintiffs seek to join additional plaintiffs with substantially identical claims against a defendant who shares a common parent company with Defendant. (Dkt. No. 33 at 1–2.) There is no evidence of undue delay or that Plaintiff has acted in bad faith. Additionally, this is Plaintiff's first motion for leave to amend and it is not opposed.

For the foregoing reasons, Plaintiffs' motion for leave to amend complaint (Dkt. No. 33) is GRANTED. Within five (5) days of the issuance of this order, Plaintiffs shall file a

1 | non-redlined copy of the amended complaint. (Dkt. No. 33-1.)

2 | DATED this 22nd day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0573-JCC
PAGE - 2