THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, an individual, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, an Illinois Corporation, <br><br> Defendant. | CASE NO. C18-0573-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend case schedule (Dkt. No. 39). Finding good cause, the Court GRANTS the motion. The following deadlines are EXTENDED as follows:

1. Plaintiffs' class certification motion and expert disclosures shall be filed on or before September 20, 2019;

2. Depositions of Plaintiffs' class certification experts shall be completed on or before October 18, 2019;

3. Defendants' class certification response and expert disclosures shall be filed on or before December 20, 2019;

4. Depositions of Defendants' class certification experts shall be completed on or before January 31, 2020; and

5. Plaintiffs' reply in support of motion for class certification shall be filed on or before February 21, 2020.

DATED this 14th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0573-JCC
PAGE - 2