THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, an individual, *et al.*, | CASE NO. C18-0573-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendants Allstate Insurance Company and Allstate Fire and Casualty Insurance Company to file a responsive pleading to Plaintiffs' second amended complaint (Dkt. No. 57). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Defendants Allstate Insurance Company and Allstate Fire and Casualty Insurance Company shall answer or otherwise respond to the second amended complaint no later than August 6, 2019.

//

//

1       DATED this 24th day of July 2019.

2                                                   William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0573-JCC
PAGE - 2