# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, an individual, *et al.*, | CASE NO. C18-0573-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendant CCC Information Services Inc. to file a responsive pleading to Plaintiffs' second amended complaint (Dkt. No. 62). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Defendant CCC Information Services Inc. shall answer or otherwise respond to the second amended complaint no later than August 20, 2019.

//

//

//

1    DATED this 26th day of July 2019.

2                                              William M. McCool
                                               Clerk of Court
3
                                               s/Tomas Hernandez
4                                              Deputy Clerk

MINUTE ORDER
C18-0573-JCC
PAGE - 2