THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFF OLBERG, an individual, *et al*.

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation, *et al*.

Defendants.

CASE NO. C18-0573-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the case schedule (Dkt. No. 68). Having thoroughly reviewed the motion and relevant record, the Court hereby GRANTS the motion. The case schedule is AMENDED as follows:

| | |
|---|---|
| Substantial completion of document production | January 10, 2020 |
| Plaintiffs' class certification motion and expert disclosures due | February 28, 2020 |
| Deposition of Plaintiffs' class certification experts to be completed by | May 13, 2020 |

MINUTE ORDER
C18-0573-JCC
PAGE - 1

| Defendants' class certification response and expert disclosures due | May 13, 2020 |
| --- | --- |
| Deposition of Defendants' class certification experts to be completed by | June 24, 2020 |
| Plaintiffs' reply in support of motion for class certification due | June 24, 2020 |

DATED this 24th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
