THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, an individual, *et al.*, | CASE NO. C18-0573-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the case schedule (Dkt. No. 97). The Court, having thoroughly considered the motion and the relevant record and finding good cause, hereby GRANTS the motion and ORDERS that:

1. Plaintiffs' motion for class certification and expert disclosures are due on July 14, 2020;
2. The deposition of Plaintiffs' class certification experts must be completed by August 11, 2020;
3. Defendants' response to Plaintiffs' motion for class certification and expert disclosures are due on September 25, 2020;
4. The deposition of Defendants' class certification experts must be completed by

November 6, 2020; and

5. Plaintiffs' reply in support of their motion for class certification is due on November 6, 2020.

DATED this 5th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
