THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, an individual, *et al.*, | CASE NO. C18-0573-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the case schedule (Dkt. No. 99). The Court, having considered the motion and the relevant record and finding good cause, hereby GRANTS the motion and ORDERS that:

1. Plaintiffs' motion for class certification and expert disclosures are due on August 4, 2020;
2. The depositions of Plaintiffs' class certification experts must be completed by September 1, 2020;
3. Defendants' response to Plaintiffs' motion for class certification and expert disclosures are due on October 16, 2020;
4. The depositions of Defendants' class certification experts must be completed by

December 4, 2020; and

5. Plaintiffs' reply in support of their motion for class certification is due on December 4, 2020.

DATED this 3rd day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
