THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG *et al.*, | CASE NO. C18-0573-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the case schedule (Dkt. No. 111). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS as follows:

1. Plaintiffs' production of expert materials must be completed by September 4, 2020;
2. Defendants' opposition to Plaintiffs' motion to amend (Dkt. No. 108) must be filed no later than September 14, 2020;
3. Plaintiffs' reply in support of their motion to amend must be filed no later than September 18, 2020;
4. The Clerk is DIRECTED to renote Plaintiffs' motion to amend (Dkt. No. 108) to

MINUTE ORDER
C18-0573-JCC
PAGE - 1

September 18, 2020;

5. The depositions of Plaintiffs' class certification experts must be completed no later than 30 days after the Court rules on Plaintiffs' motion to amend;

6. Defendants' response to Plaintiffs' motion for class certification must be filed no later than 75 days after the Court rules on Plaintiffs' motion to amend;

7. The depositions of Defendants' class certification experts must be completed no later than 45 days after Defendants file their response to Plaintiffs' motion for class certification; and

8. Plaintiffs' reply in support of their motion for class certification must be filed no later than 45 days after Defendants file their response to Plaintiffs' motion for class certification.

DATED this 21st day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk