THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CASE NO. C18-0573-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the case schedule (Dkt. No. 120). Finding good cause, the Court GRANTS the order.

The case schedule is continued as follows:

| | |
|---|---|
| Defendants' Response to Plaintiff's Third Amended Complaint to be filed by | January 19, 2021 |
| Depositions of Plaintiffs' class certification experts to be completed by | February 1, 2021 |
| Defendants' Response to Plaintiffs' Motion for Class Certification and expert disclosures to be filed by | March 15, 2021 |

MINUTE ORDER
C18-0573-JCC
PAGE - 1

| Depositions of Defendants' class certification experts to be completed by | May 7, 2021 |
|---|---|
| Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion for Class Certification to be filed by | May 7, 2021 |

Plaintiffs' motion for class certification (Dkt. No. 104) will be RENOTED to May 7, 2021.

DATED this 23rd day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
