THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C18-0573-JCC<br><br>AMENDED MINUTE ORDER |

　　　The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' stipulated motions for leave to file overlength briefs (Dkt. No. 126) and to further extend the case schedule (Dkt. No. 127). Finding good cause, the Court GRANTS the motions.

　　　Accordingly, Defendants may file a consolidated motion for summary judgment not to exceed 50 pages. Plaintiffs may file a consolidated response also not to exceed 50 pages. Defendants may file a consolidated reply not to exceed ~~50~~ 25 pages.

//

//

//

//

AMENDED MINUTE ORDER
C18-0573-JCC
PAGE - 1

The case schedule is also further continued as follows:

| Event | New Deadline |
|---|---|
| Defendants' response to Plaintiffs' class certification motion and expert disclosures | April 22, 2021 |
| Defendants' consolidated motion for summary judgment and motions to exclude expert testimony | April 22, 2021 |
| Depositions of Defendants' class certification experts | June 18, 2021 |
| Plaintiffs' reply in support of their class certification motion | June 18, 2021 |
| Plaintiffs' responses to Defendants' consolidated motion for summary judgment and motions to exclude expert testimony | June 18, 2021 |
| Defendants' replies in support of their consolidated motion for summary judgment and motions to exclude expert testimony | July 16, 2021 |

The Clerk is DIRECTED to renote Plaintiffs' motion for class certification (Dkt. Nos. 104, 106), along with their related motion to seal (Dkt. No. 103), to June 18, 2021.

DATED this 3rd day of March 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk