THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFF OLBERG, *et al.*,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, *et al.*,

Defendants.

CASE NO. C18-0573-JCC

MINUTE ORDER

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to again extend the case schedule (Dkt. No. 131). The parties indicate that additional time is needed to complete class certification and expert-related depositions before briefing can be completed on Plaintiff's class certification motion and Defendants' anticipated summary judgment motions. (*Id.* at 2.)

Finding good cause, the motion to extend is GRANTED. The case schedule is continued as follows:

| Event | New Deadline |
| --- | --- |
| Defendants' response to Plaintiffs' class certification motion and expert disclosures | May 7, 2021 |

| Defendants' summary judgment motions | May 7, 2021 |
|---|---|
| Depositions of Defendants' class certification experts, Plaintiffs' reply in support of class certification motion, and Plaintiffs' responses to Defendants' summary judgment motions | July 6, 2021 |
| Defendants' replies in support of their summary judgment motions | August 2, 2021 |

The Clerk is DIRECTED to renote Plaintiffs' motion for class certification (Dkt. Nos. 104, 106), to July 6, 2021.

DATED this 13th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk