THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFF OLBERG, *et al.*,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, *et al.*,

    Defendants.

CASE NO. C18-0573-JCC

MINUTE ORDER

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to file overlength briefs (Dkt. No. 133.) The parties indicate that additional pages are required to adequately brief the issues and facts of the case. (*Id.* at 2.) Finding good cause, the motion is GRANTED. Defendants' Oppositions are allotted an extra five (5) pages each, for a total of twenty-nine (29) pages each, and Plaintiffs' Reply are allotted an extra ten (10) pages, for a total of twenty-two (22) pages.

DATED this 3rd day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C18-0573-JCC
PAGE - 1