THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JEFF OLBERG, *et al.*,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, an Illinois Corporation, *et al.*,

    Defendants.

CASE NO. C18-0573-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion to extend the case schedule (Dkt. No. 157) and Defendant CCC Information Services Inc.'s motion to amend a party's name (Dkt. No. 156). Having thoroughly considered the motions and the relevant record and finding good cause, the Court hereby GRANTS the motions and ORDERS as follows:

1. Plaintiffs' reply in support of their class certification motion and their responses to Defendants' motion for summary judgment are to be filed by July 20, 2021;

2. Defendants' replies in support of their motions for summary judgment are to be filed by August 16, 2021;

3. The Clerk is DIRECTED to renote Plaintiffs' motion for class certification (Dkt. Nos.

104, 106) to July 20, 2021 and Defendants' motion for summary judgment (Dkt. No. 136) to August 16, 2021; and

4. The Clerk is further DIRECTED to amend Defendant CCC Information Services Inc.'s name to CCC Intelligent Solutions Inc.

DATED this 28th day of June 2021.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk

MINUTE ORDER
C18-0573-JCC
PAGE - 2