THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, *et al.*, | CASE NO. C18-0573-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for class certification (Dkt. Nos. 104, 106) and the parties' related briefing (Dkt. Nos. 139, 140, 146, 150, 164, 166). In light of the pending interlocutory appeal of the denial of class certification in *Lundquist v. First Nat'l Ins. Co. of Am.*, Case No. C18-5301-RJB (W.D. Wash. 2021), the Court STAYS a decision on Plaintiffs' motion for class certification (Dkt. Nos. 104, 106) until the Ninth Circuit Court of Appeals decides Plaintiffs' interlocutory appeal in that case.

The parties are ORDERED to provide the Court with a joint status report within ten days the Ninth Circuit Court of Appeals' decision in *Lundquist v. First Nat'l Ins. Co. of Am.*, Case No. 21-35126 (9th Cir. 2021). The report should indicate whether the parties propose additional

briefing on Plaintiffs' motion for class certification in light of the decision by the Ninth Circuit in *Lundquist*. The stay has no impact on the Court's consideration of Defendants' motion for summary judgment (Dkt. No. 136).

DATED this 23rd day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C18-0573-JCC
PAGE - 2