THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>        Defendants. | CASE NO. C18-0573-JCC<br><br>ORDER |

       This matter comes before the Court on Plaintiffs' unopposed motion to seal (Dkt. No. 159). Having thoroughly considered the briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

       Consistent with Federal Rule of Civil Procedure 5.2, Local Civil Rule 5(g), and the protective orders entered in this matter (Dkt. Nos. 32, 83), Plaintiffs file redacted opposition and reply briefs (Dkt. Nos. 160, 164), along with sealed unredacted versions of the briefs (Dkt. Nos. 162, 166), and sealed supporting exhibits containing information not capable of redaction (Dkt. Nos. 163, 167). Defendant CCC Intelligent Solutions, Inc. ("CCC") asserts the documents contain proprietary information that could be used by competitors if made publicly available. (*See generally* Dkt. No. 170.)

       The Court starts from the position that "[t]here is a strong presumption of public access to

[its] files." W.D. Wash. Local Civ. R. 5(g). This presumption applies particularly to "dispositive pleadings" such as CCC's motion for summary judgment (Dkt. No. 136). *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Therefore, to overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Id.* Here, the Court's finds compelling reasons to justify maintaining Plaintiffs' filings under seal, namely, the proprietary nature of the information as it relates to CCC. The information has little public value beyond its value to CCC's competitors. (*See* Dkt. No. 170 at 5.)

Plaintiff's motion to seal (Dkt. No. 159) is GRANTED. The Clerk is DIRECTED to maintain under seal Docket Numbers 162, 163, 166, 167.

DATED this 30th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE