THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, *et al.*, | CASE NO. C18-0573-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for summary judgment (Dkt. No. 136) and related briefing (Dkt. Nos. 160, 162, 172). In light of the present stay of Plaintiffs' motion for class certification (Dkt. No. 169) and in the interest of judicial efficiency, the Court EXTENDS the stay to Defendants' motion for summary judgment (Dkt. No. 136).

DATED this 17th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C18-0573-JCC
PAGE - 1