HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF OLBERG, an individual, CECILIA ANA PALAO-VARGAS, an individual, MICHAEL CLOTHIER, an individual, and JACOB THOMPSON, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation and ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois Corporation, and CCC INTELLIGENT SOLUTIONS INCORPORATED, a Delaware Corporation<br><br>Defendants. | Case No. 2:18-cv-00573-JCC<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINE TO SUBMIT JOINT STATUS REPORT<br><br>**NOTE ON MOTION CALENDAR:**<br>June 24, 2022 |

Pursuant to Local Rule 7(d)(1), Plaintiffs Jeff Olberg, Cecilia Ana Palao-Vargas Michael Clothier, and Jacob Thompson; and Defendants Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and CCC Intelligent Solutions Inc. ("CCC") (collectively, the "Parties") hereby stipulate as follows:

1. WHEREAS, on July 23, 2021, this Court entered its Minute Order (Dkt. No. 169) staying a decision on Plaintiffs' motion for class certification (Dkt. Nos. 104, 106) and ordering the Parties to provide the Court with a joint written status report and proposed case schedule within ten days after the Ninth Circuit Court of Appeals issued its mandate in *Lara v. First Nat'l Ins. Co. of Am.*, Case No. 21-35126 (9th Cir. 2021) ("*Lara*").

2. On February 11, the Ninth Circuit filed its opinion in *Lara* affirming Judge Bryan's

denial of class certification in *Lundquist v. First Nat'l Insurance Co. of Am.*, Case No. 3:18-cv-05301-RJB. *Lara*, Dkt. No. 86.

3. On March 28, 2022, the plaintiffs-appellants in *Lara* petitioned for rehearing and rehearing en banc. *Lara*, Dkt. No. 89.

4. On May 10, 2022, the Ninth Circuit denied the petition for rehearing and rehearing en banc in *Lara*. *Lara*, Dkt. No. 106.

5. On June 7, 2022, the Ninth Circuit issued its mandate in *Lara*. *Lara*, Dkt. No. 111. Accordingly, the deadline for the Parties to submit their joint status report is June 17, 2022.

6. The Parties jointly and respectfully request an extension of one week for the deadline to submit a joint status report. A brief extension is warranted because counsel for CCC and counsel for Plaintiffs are coordinating schedules and discovery efforts in two other putative class actions brought by Plaintiffs' counsel in Washington—both of which were also stayed pending the Ninth Circuit's decision. The Parties, therefore, require additional time to confer and propose an efficient and effective schedule.

Based on the foregoing, the Parties stipulate and agree that good cause exists to extend the deadline to submit a joint status report to June 24, 2022.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 17th day of June 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO EXTEND CASE SCHEDULE
(No. 2:18-cv-00573-JCC)

Dated: June 16, 2022                                       Respectfully submitted,

| | |
|---|---|
| Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 2nd Avenue, Suite 2000<br>Seattle, WA 98101<br><br><br>Attorney for Plaintiff | s/ *Kathleen M. O'Sullivan*<br>Kathleen M. O'Sullivan, WSBA No. 27850<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206.583.8888<br>Facsimile: 206.583.8500<br>Email: KOSullivan@perkinscoie.com<br><br>Attorneys for Defendant CCC Intelligent Solutions Inc. |
| John M. DeStefano<br>Robert B. Carey<br>Elizabeth T. Beardsley<br>Hagens Berman Sobol Shapiro LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br><br>Attorneys for Plaintiff | /s/ *Marguerite M. Sullivan*<br>Marguerite M. Sullivan (pro hac vice)<br>Jason R. Burt (pro hac vice)<br>Latham & Watkins LLP<br>555 11th Street NW, Suite 1000<br>Washington, DC 20004<br>Telephone: 202.637.2200<br>Email: marguerite.sullivan@lw.com<br>jason.burt@lw.com<br><br>Attorneys for Defendant CCC Intelligent Solutions Inc. |
| David L. Woloshin<br>Dina S. Ronsayro<br>Astor Weiss Kaplan & Mandel, LLP<br>200 South Broad Street, Suite 600<br>Philadelphia, PA 19102<br><br>Attorneys for Plaintiffs | Steven J. Pacini (pro hac vice)<br>Latham & Watkins LLP<br>200 Clarendon Street<br>27th Floor<br>Boston, MA 02116<br>Telephone: 617.880.4516<br>Email: steven.pacini@lw.com<br><br>Attorneys for Defendant CCC Information Services Inc. |
| Marc A. Goldich<br>Axler Goldich LLC<br>1520 Locust Street, Suite 301 | Anusha E. Jones, WSBA No. 52989<br>William H. Walsh, WSBA No. 21911<br>Cozen O'Connor |

3

[~~PROPOSED~~] ORDER TO EXTEND CASE SCHEDULE
(No. 2:18-cv-00573-JCC)

| | | |
|---|---|---|
| 1 | Philadelphia, PA 19102 | 999 Third Avenue, Suite 1900 |
| 2 | | Seattle, Washington 98104 |
| | Attorney for Plaintiffs | Telephone: (206) 340-1000 |
| 3 | | Facsimile: (206) 340-1000 |
| 4 | | E-mail:   wwalsh@cozen.com |
| | | aejones@cozen.com |
| 5 | | |
| | | *Attorneys for Defendants Allstate Insurance* |
| 6 | | *Company and Allstate Fire and Casualty* |
| | | *Insurance Company* |
| 7 | Wendy Enerson (pro hac vice) | |
| | Peter J. Valeta (pro hac vice) | |
| 8 | Cozen O'Connor | |
| | 123 North Wacker Drive, Suite 1800 | |
| 9 | Chicago, Illinois 60606 | |
| 10 | Telephone: (312) 382-3100 | |
| | Email:   wenerson@cozen.com | |
| 11 | pvaleta@cozen.com | |
| 12 | Attorneys for Defendants Allstate Insurance | |
| | Company and Allstate Fire and Casualty | |
| 13 | Insurance Company | |

[~~PROPOSED~~] ORDER TO EXTEND CASE SCHEDULE
(No. 2:18-cv-00573-JCC)

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 16, 2022 a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

DATED this 16th day of June, 2022.

*s/ Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan, WSBA No. 27850